# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1216**
**KAH 11-02050**
PRESENT: CENTRA, J.P., PERADOTTO, SCONIERS, VALENTINO, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK EX REL.
JAMAR GILMORE, PETITIONER-APPELLANT,

                    V                                        ORDER

HAROLD D. GRAHAM, SUPERINTENDENT, AUBURN
CORRECTIONAL FACILITY, RESPONDENT-RESPONDENT.

---

TIMOTHY J. BRENNAN, AUBURN, FOR PETITIONER-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (MARLENE O. TUCZINSKI OF
COUNSEL), FOR RESPONDENT-RESPONDENT.

-----------------------------------------------------------------------------------------

        Appeal from a judgment (denominated order) of the Supreme Court,
Cayuga County (Thomas G. Leone, A.J.), entered June 29, 2011 in a habeas
corpus proceeding.  The judgment denied and dismissed the petition.

        It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs.

Entered:  November 9, 2012                      Frances E. Cafarell
                                                Clerk of the Court